IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DILLON FROSH, a minor child, by his mother and next best friend, REBECCA ROHRBOUCK,** | ) ) ) ) | |
| | ) | 7:06CV5014 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| **NORTH PLATTE PUBLIC SCHOOLS, et al.,** | ) ) ) | |
| Defendants. | ) | |

The court held a telephone planning conference with the parties on December 15, 2006. Mitchel L. Greenwall represented the plaintiff and Shirley K. Williams represented the defendants. The defendants stated they would be filing a dispositive motion in this case. The parties agreed to a stay this case pending ruling on any dispositive motion. Accordingly,

**IT IS ORDERED:**

1. Any dispositive motion in this case shall be filed **on or before January 19, 2007**.

2. Pending the ruling on the dispositive motion, discovery in this case is stayed.

3. Following the ruling on the dispositive motion, plaintiff's counsel shall initiate a telephone conference with opposing counsel and the court for the purpose of further scheduling of this matter to trial, if necessary.

DATED this 15th day of December, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge