IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DILLON FROSH, a minor child, by his mother and next friend, REBECCA ROHRBOUCK,<br><br>           Plaintiff,<br><br>vs.<br><br>NORTH PLATTE PUBLIC SCHOOLS, et al.,<br><br>           Defendants. | Case No. 7:06-CV-5014<br><br>**ORDER GRANTING EXTENSION OF TIME TO SUBMIT ADDITIONAL AFFIDAVIT(S)** |

The Court, after duly considering the Motion for Extension of Time to Submit Additional Affidavit(s) filed by defendants, hereby grants the same and orders that the defendants may have an additional ten days from January 19, 2007, in which to file an affidavit of Carla Wardrobe, and/or other school personnel, if necessary, in support of its Motion for Summary Judgment. Therefore, said document(s) and all attached exhibits should be filed on or before January 29, 2007. Plaintiff's response time will start to run once the affidavit or affidavits are filed.

DATED this 22nd day of January, 2007.

BY THE COURT:


s/Joseph F. Bataillon
United States District Court Judge


Prepared and submitted by:

Shirley K. Williams ~ #17757
Knudsen, Berkheimer,
 Richardson & Endacott, LLP
1248 "O" Street, Suite 1000
Lincoln, Nebraska 68508-1474
(402) 475-7011