# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEBRASKA

| | |
|---|---|
| DILLON FROSH, a minor child, by his mother and next friend, REBECCA ROHRBOUCK,<br><br>        Plaintiff,<br><br>vs.<br><br>NORTH PLATTE PUBLIC SCHOOLS, et. al.,<br><br>        Defendants. | Case No. 7:06-CV-5014<br><br>ORDER GRANTING EXTENSION OF TIME TO SUBMIT BRIEF OPPOSING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

The Court, after duly considering Plaintiff's Motion for Extension of Time to Submit Brief Opposing Defendants' Motion for Summary Judgment filed by plaintiff, hereby grants the motion and orders that the plaintiff may have an additional fifteen (15) days from February 13, 2007, in which to file a brief in opposition to defendants' Motion for Summary Judgment. Therefore, said brief and all attached exhibits should be filed on or before February 28, 2007.

DATED this 7th day of February, 2007.

                BY THE COURT:

                s/Joseph F. Bataillon
                United States District Court Judge

Prepared and Submitted by:

Mitchel L. Greenwall, NSBA # 23169
Yeagley Swanson Murray, LLC
3423 2nd Avenue, Ste. 3
P.O. Box 1419
Kearney, NE 68845-1419
(308) 234-1966
mitchgreenwall@gmail.com